IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RECEIVED
DEC 12 2023
U.S. District Court
Middle District of TN

| | | |
|---|---|---|
| Darrell-Ricardo:Whyte, | ) | |
| Plaintiff, | ) | No. 3:23-cv-00122 |
| v. | ) | JUDGE RICHARDSON |
| ANDREW HAZLEY, et al., | ) | |
| Defendants. | ) | |

## MOTION TO AMEND COMPLAINT

Plaintiff sets to Amend Complaint in accordance with Rule 15(c) (1) (B) the amendment asserts a claim or defense that arose out of the conduct, transaction, or occurrence set out – or attempted to be set out – in the original pleading; or

(C) the amendment changes the party or the naming of the party against whom a claim is asserted, if Rule 15 (c)(1)(B) is satisfied and if, within the period provided by Rule 4(m) for serving the summons and complaint, the party to be brought in by amendment:

(i) received such notice of the action that it will not be prejudiced in defending on the merits; and

(ii) knew or should have known that the action would have been brought against it, but for a mistake concerning the proper party's identity.

(2)    *Notice to the United States.* When the United States or a United States officer or agency is added as a defendant by amendment, the notice requirements of Rule 15(c)(1)(C)(i) and (ii) are satisfied if, during the stated period, process was delivered or mailed to the United States attorney or the

United States attorney's designee, to the Attorney General of the United States, or to the officer of agency.

(d) *SUPPLEMENTAL PLEADINGS.* On motion and reasonable notice, the court may, on just terms, permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading is defective in stating a claim or defense. The court may order that the opposing party plead to the supplemental pleading within a specified time.

**Rule 20. Permissive Joinder of Parties**

(2) *Defendants.* Persons- as well as a vessel, cargo, or other property subject to admiralty process in rem- may be joined in one action as defendants if:

(A) any right to relief is asserted against them jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences; and

(B) any question of law or fact common to all defendants will arise in the action.

**Rule 21. Misjoinder and Nonjoinder of Parties**

Misjoinder of parties is not a ground for dismissing an action. On motion or on its own, the court may at any time, on just terms, add or drop a party.

The court may also sever any claim against a party.

## STATEMENT

Plaintiff asks the Court to take judicial notice of the fact that he is without counsel, is not schooled in law and legal procedures, and is not licensed to practice law. Therefore Plaintiff's pleadings must be read and construed liberally. See Haines v. Kerner, 404 US at 520 (1980); Birl v. Estelle, 660 F.2d 592 (1981). Further Plaintiff believes that this court has a responsibility t and legal duty to

protect any and all of Plaintiff's unalienable God Given Rights and Constitutionally Protected Rights and statutory rights. See United States v. Lee, 106 US 196,220 [1882]

It was brought to Plaintiff's attention that the filed complaint was only addressing the defendants official capacity by the Marshal's Office. Plaintiff was under the impression that suing someone official or not was suing in their individual capacity and official capacity. Also, Plaintiff would like to have a **TRIAL BY JURY.** Amendment VII Plaintiff respectfully moves the Court to Grant this Amended Complaint. Please connect the Amended Complaint to/with Page ID#'s 73-98.

        Respectfully,

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on December 9, 2023.

        By: *[signature]*

        Darrel R Whyte
        WITHOUT PREJUDICE UCC 1-308
        ALL RIGHTS RESERVED

Darrell-Ricardo: Whyte ©
c/o 5427 Little Hope Road
Murfreesboro, Tennessee
[37129]

9589 0710 5270 1549 6319 81

Retail
USPS
37203
RDC 99

U.S. POSTAGE PAID
FCM LG ENV
MURFREESBORO, TN 3?
DEC 09, 2023
**$9.73**
R2304M110194-7

RECEIVED
DEC 12 2023
U.S. District Court
Middle District of TN

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
719 Church Street Suite 1300
Nashville, Tennessee 37203